# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135397

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                      SC: 135397
                                                       COA: 277725
                                                       Oakland CC: 85-070002-FH
                                                                   85-070003-FH

MARSHALL LAIDLAW,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the October 23, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

d0421

_____
Clerk